Reza Mirzaie
reza.mirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Boulevard, Ste. 1600
Los Angeles, CA 90067
Tele: (310) 551-3450; (310) 551-3458

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC. and INFOSPAN (GULF), INC., <br><br> PLAINTIFF(S) <br><br> v. <br><br> EMIRATES NBD BANK PJSC <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:11-CV-01062 JVS (ANx) <br><br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually  filed. **List Documents:**

(1) Application to File Under Seal; (2) Proposed Order thereon; (3) Confidential Memorandum in Support of Defendant Emirates NBD Bank PJSC's Motion to Dismiss for Lack of Personal Jurisdiction, For Forum Non Conveniens, or for Enforcement of Arbitration Clause

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Confidential  Memorandum of Points and Authorities in Support of Motion of Defendant Emirates NBD Bank PJSC's Motion to Dismiss for Lack of Personal Jurisdiction, For Forum Non Conveniens, or for Enforcement of Arbitration Clause

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
Per General Order 10-07, Paragraph V.D

January 23, 2012
Date

/s/Reza Mirzaie
Attorney Name

Defendant EMIRATES NBD BANK PJSC
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).