Joseph R. Re (Bar No. 134479)
jre@kmob.com
John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
Irfan Lateef (Bar No. 204004)
ilateef@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Reza Mirzaie (Bar No. 246953)
reza.mirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Boulevard, Suite 1600
Los Angeles, CA  90067
Telephone:  310-551-3450
Facsimile:  310-551-3458

JS-6

Attorneys for Defendant EMIRATES NBD
BANK PJSC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| INFOSPAN, INC. and INFOSPAN (GULF), INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EMIRATES NBD BANK PJSC,<br><br>Defendant. | ) Case No. 8:11-CV-01062 JVS (ANx)<br>)<br>) **JUDGMENT OF DISMISSAL**<br>) **FOLLOWING ORDER GRANTING**<br>) **MOTION TO DISMISS FOR LACK**<br>) **OF PERSONAL JURISDICTION**<br>)<br>)<br>) Hon. James V. Selna<br>)<br>)<br>) |

1    On the Motion of Defendant EMIRATES NBD BANK PJSC to Dismiss

2  for Lack of Personal Jurisdiction, pursuant to Rule 12(b)(2) of the Federal Rules

3  of Civil Procedure, and it appearing from the files and records of this Court that

4  the Motion to Dismiss was granted on July 27, 2012, and, therefore, that

5  dismissal of this action is appropriate,

6    IT IS HEREBY **ORDERED**, **ADJUDGED**, AND **DECREED** that this

7  action should be, and hereby is, dismissed in its entirety and that Plaintiffs

8  INFOSPAN, INC. and INFOSPAN (GULF), INC. shall take nothing by their

9  Complaint.

10

11  Dated: August 08, 2012                    _____

12                                              UNITED STATES DISTRICT JUDGE

13  13724560
    080212

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-