Joseph R. Re (Bar No. 134479)
jre@kmob.com
John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
Irfan Lateef (Bar No. 204004)
ilateef@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Reza Mirzaie (Bar No. 246953)
reza.mirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Boulevard, Suite 1600
Los Angeles, CA 90067
Telephone: 310-551-3450
Facsimile: 310-551-3458

JS-6

Attorneys for Defendant EMIRATES NBD BANK PJSC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| INFOSPAN, INC. and INFOSPAN (GULF), INC., | ) Case No. 8:11-CV-01062 JVS (ANx) |
|---|---|
| Plaintiffs, | ) **JUDGMENT OF DISMISSAL FOLLOWING ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| EMIRATES NBD BANK PJSC, | |
| Defendant. | ) Hon. James V. Selna |

1  On the Motion of Defendant EMIRATES NBD BANK PJSC to Dismiss
2  for Lack of Personal Jurisdiction, pursuant to Rule 12(b)(2) of the Federal Rules
3  of Civil Procedure, and it appearing from the files and records of this Court that
4  the Motion to Dismiss was granted on July 27, 2012, and, therefore, that
5  dismissal of this action is appropriate,

6  IT IS HEREBY **ORDERED**, **ADJUDGED**, AND **DECREED** that this
7  action should be, and hereby is, dismissed in its entirety and that Plaintiffs
8  INFOSPAN, INC. and INFOSPAN (GULF), INC. shall take nothing by their
9  Complaint.

11  Dated: August 08, 2012

UNITED STATES DISTRICT JUDGE

13  13724560
    080212

-1-