BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*admitted pro hac vice*)
wisaacson@bsfllp.com
David Boyd (*admitted pro hac vice*)
dboyd@bsfllp.com
Melissa B. Willett (*admitted pro hac vice*)
mwillett@bsfllp.com
5301 Wisconsin Ave., Suite 800
Washington, DC 20015
Telephone:   202-237-2727
Facsimile:   202-237-6131

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone:   310-752-2400
Facsimile:   310-752-2490

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
Terry W. Bird (SBN 49038)
twb@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone:   310-201-2100
Facsimile:   310-201-2110

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| InfoSpan, Inc.,<br><br>                         Plaintiff,<br><br>       v.<br><br>Emirates NBD Bank PJSC,<br><br>                         Defendant. | Case No.  8:11-CV-01062  JVS (ANx)<br><br>**NOTICE REGARDING PENDING EX PARTE APPLICATION TO COMPEL THE PRODUCTION OF DOCUMENTS**<br><br>Fact Discovery Cutoff:  Oct. 16, 2014<br>Pretrial Conference:  Feb. 23, 2015<br>Jury Trial: March 10, 2015 |

1  Plaintiff InfoSpan, Inc. ("Plaintiff") is filing this notice to advise the Court of
2  Judge Selna's decision to send Plaintiff's pending Ex Parte Application to Compel
3  the Production of Documents (Dkt. No. 142) to Judge Nakazato to be decided.
4  Since the pending motion to compel has been fully briefed, Plaintiff respectfully
5  requests that the Court either schedule it for hearing as soon hereafter as possible or
6  rule on the briefs.  For the Court's convenience, the pending motion to compel,
7  opposition brief, reply brief, supporting declarations, and the recent scheduling
8  orders in this action are attached hereto as Exhibits 1-9.
9  The following paragraphs provide the procedural background that led
10 Plaintiff to file this notice.
11      1.    Plaintiff filed an ex parte application to modify the schedule and an ex
12 parte application to compel the production of documents on February 7, 2014.
13 (Dkt. Nos. 141, 142.)  Defendant Emirates NBD Bank PJSC ("Defendant") filed
14 oppositions to those applications on February 10, 2014 (Dkt. Nos. 143, 145), and a
15 supplemental response to the application to modify the schedule on February 10,
16 2014.  (Dkt. No. 151.)  Plaintiff filed a combined reply brief in support of the
17 applications on February 26, 2014.  (Dkt. No. 152.)
18      2.    In its supplemental response, Defendant requested a stay of discovery
19 pending the outcome of its motion for reconsideration of the Court's denial of its
20 motion to dismiss for lack of personal jurisdiction.  (Dkt. No. 151.)
21      3.    At a hearing on February 28, 2014, Judge Selna stayed discovery
22 pending the outcome of Defendant's motion for reconsideration.  Judge Selna also
23 stated: (i) the application to modify the schedule "is clearly warranted," and (ii)
24 "with regard to the Motion to Compel, there is a legitimate dispute here occasioned
25 in part by the late disclosure as to exactly what search terms and mechanisms the
26 bank used to conduct its searches."
27      4.    On April 10, 2014, the Court entered an order denying Defendant's
28 motion for reconsideration.  (Dkt. No. 172).

5. On May 23, 2014, Judge Selna held a scheduling conference to set new case management dates in this action. At the conference, Judge Selna ruled that the pending motion to compel documents would go to Judge Nakazato to be decided. Thereafter, counsel for Plaintiff attempted unsuccessfully to reach Judge Nakazato's courtroom deputy regarding Judge Selna's decision. As a result and after conferring with counsel for Defendant, Plaintiff is filing this notice to inform the Court of Judge Selna's decision.

6. Since the pending motion to compel has been fully briefed, Plaintiff respectfully requests that the Court schedule it for hearing as soon hereafter as possible or rule on the briefs.

Respectfully submitted,

Dated: June 26, 2014

BOIES, SCHILLER & FLEXNER LLP

By: /s/ David L. Zifkin .
William A. Isaacson *(pro hac vice)*
David Boyd *(pro hac vice)*
David L. Zifkin (SBN 232845)
Melissa B. Willett *(pro hac vice)*

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

Terry W. Bird (SBN 49038)

Attorneys for Plaintiff