LATHAM & WATKINS LLP
  Steven M. Bauer (SBN 135067)
  *steven.bauer@lw.com*
  Daniel Scott Schecter (SBN 171472)
  *daniel.schecter@lw.com*
  David B. Hazlehurst (SBN 261043)
  *David.hazlehurst@lw.com*
  Nima H. Mohebbi (SBN 275453)
  *nima.mohebbi@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Defendant
Emirates NBD Bank PJSC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| INFOSPAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMIRATES NBD BANK PJSC, <br><br> Defendant. | Case No. 8:11-CV-01062 JVS (ANx) <br><br> **DECLARATION OF DAVID B. HAZLEHURST IN SUPPORT OF DEFENDANT EMIRATES NBD BANK PJSC'S OPPOSITION TO PLAINTIFF INFOSPAN, INC.'S MOTION TO COMPEL ARBITRATION OF COUNTERCLAIMS** <br><br> Action Filed:  July 15, 2011 <br> Trial Date:  May 26, 2015 <br><br> Hearing: <br> Date:  January 5, 2014 <br> Time:  1:30 p.m. <br> Judge:  Hon. James V. Selna <br> Courtroom:  10C |

## DECLARATION OF DAVID B. HAZLEHURST

I, David B. Hazlehurst, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and associated with the law firm of  Latham & Watkins LLP, counsel of record for Defendant Emirates NBD Bank PJSC ("Emirates Bank").  I have knowledge of all matters referred to herein and, if called upon to do so, could and would competently testify truthfully with respect thereto.

2.      I submit this declaration in support of Emirates Bank's Opposition to Plaintiff InfoSpan, Inc.'s ("InfoSpan") Motion to Compel Arbitration of Counterclaims.

3.      Attached here to as Exhibit A is a true and correct copy of Plaintiff InfoSpan, Inc.'s Responses to Defendant Emirates NBD Bank PJSC's Third Set of Interrogatories (Nos. 8-22) in this action, dated October 6, 2014.

4.      Attached hereto as Exhibit B is a true and correct copy of InfoSpan Group Project Consolidated, Special Purpose Financial Statements, dated June 30, 2009, and bates numbered INSPN00009159-9167, which was produced by InfoSpan in this action.  This document has been designated Confidential pursuant to the Court's Order Governing the Designation and Handling of Confidential Materials, and is filed under seal under separate cover.

5.      Attached hereto as Exhibit C is a true and correct copy of the Second Amended Notice of Deposition of Emirates NBD Bank PJSC Pursuant to Fed. R. Civ. P. 30(b)(6), dated October 3, 2014, served by InfoSpan in this action.

6.      In this litigation, InfoSpan has taken at least eight depositions of Emirates Bank witnesses in London.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF DAVID B. HAZLEHURST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of December, 2014 in Los Angeles, California.

David B. Hazlehurst

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF DAVID B. HAZLEHURST

2