LATHAM & WATKINS LLP
 Steven M. Bauer (SBN 135067)
  *steven.bauer@lw.com*
 Daniel Scott Schecter (SBN 171472)
  *daniel.schecter@lw.com*
 David B. Hazlehurst (SBN 261043)
  *david.hazlehurst@lw.com*
 Nima H. Mohebbi (SBN 275453)
  *nima.mohebbi@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant
Emirates NBD Bank PJSC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EMIRATES NBD BANK PJSC,<br><br>    Defendant. | Case No. 8:11-CV-01062 JVS (ANx)<br><br>Hon. James V. Selna<br><br>**INDEX OF FINAL DOCUMENTS FILED RELATED TO EMIRATES NBD BANK PJSC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed:       July 15, 2011<br>Discovery Cutoff:   Dec. 15, 2014<br>Pretrial Conference: Oct. 26, 2015<br>Trial Date:         Nov. 10, 2015<br><br><u>Hearing</u><br><br>Date:     May 5, 2015<br>Time:     8:00 a.m.<br>Location: Ctrm. 10C |

**TO THE COURT, PLAINTIFF AND ITS COUNSEL OF RECORD:**

Pursuant to Paragraph 3 of this Court's February 14, 2013 Order for Jury Trial Setting Dates/Scheduling Order (Dkt. 123), Defendant Emirates NBD Bank PJSC ("Emirates Bank") submits the following index of documents filed by the parties in connection with its Motion For Summary Judgment (Dkt. 258):

| Document Title | Docket # |
|---|---|
| **DEFENDANT'S MOVING PAPERS** ||
| Emirates NBD Bank PJSC's Notice of Motion and Motion for Summary Judgment **[FILED UNDER SEAL]** | 266 |
| Emirates NBD Bank PJSC's [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Summary Judgment **[FILED UNDER SEAL]** | 267 |
| [Proposed] Judgment | 258-2 |
| Declaration of Daniel Scott Schecter in Support of Emirates NBD Bank PJSC's Motion for Summary Judgment | 259 |
| Exhibits A – HH to the Declaration of Daniel Scott Schecter in Support of Emirates NBD Bank PJSC's Motion for Summary Judgment | 259-1 |
| Exhibits A, C, J, K, R, X, CC, DD, EE, FF, GG and HH to the Declaration of Daniel Scott Schecter in Support of Emirates NBD Bank PJSC's Motion for Summary Judgment **[FILED UNDER SEAL]** | 270 |
| Declaration of Suvobroto "Suvo" Sarkar in Support of Emirates NBD Bank PJSC's Motion for Summary Judgment **[FILED UNDER SEAL]** | 268 |
| Exhibits A-M to the Declaration of Suvobroto "Suvo" Sarkar in Support of Emirates NBD Bank PJSC's Motion for Summary Judgment | 261-1 |
| Declaration of Christin Solomon Walter in Support of Emirates NBD Bank PJSC's Motion for Summary Judgment, and Exhibits C, D and E thereto **[FILED UNDER SEAL]** | 269 |

| | |
|---|---|
| Exhibits A and B to the Declaration of Christin Solomon Walter in Support of Emirates NBD Bank PJSC's Motion for Summary Judgment | 261-1 |
| **PLAINTIFF'S OPPOSITION PAPERS** | |
| Corrected[1] Opposition re Motion for Summary Judgment as to All Plaintiff's Claims | 306 |
| Corrected Statement of Genuine Disputes of Material Fact, and Counter-Statement of Uncontroverted Facts **[FILED UNDER SEAL]** | 322 |
| Declaration of David L. Zifkin in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 306-1 |
| Exhibits 1-178 to the Declaration of David Zifkin in Support of Opposition to Motion for Summary Judgment **[FILED UNDER SEAL]** | 324 |
| Corrected Exhibit 154 to the Declaration of David Zifkin | 313-2 |
| Corrected Exhibit 156 to the Declaration of David Zifkin | 313-3 |
| Corrected Exhibit 157 to the Declaration of David Zifkin | 313-4 |
| Corrected Exhibits 163 & 164 to the Declaration of David Zifkin in Support of Opposition to Motion for Summary judgment **[FILED UNDER SEAL]** | 323 |
| Declaration of Chris Thompson in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 306-3 |
| Objections in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 306-4 |
| **DEFENDANT'S REPLY PAPERS** | |
| Reply in Support of Motion for Summary Judgment as to All Plaintiff's Claims **[FILED UNDER SEAL]** | 336 |
| Declaration of Daniel Scott Schecter in Support of Reply in Support of Motion for Summary Judgment as to All Plaintiff's Claims | 326 |

---

[1] After the filing deadline for its opposition papers, Plaintiff filed numerous "corrected" documents, as well as extensive errata. This index includes only the most recently filed papers, which Emirates Bank understands to supersede Plaintiff's earlier-filed documents.

| | |
|---|---|
| Exhibits II – UU to the Declaration of Daniel Scott Schecter in Support of Motion for Summary judgment as to All Plaintiff's Claims | 326-1 and 334 |
| Exhibit OO to the Declaration of Daniel Scott Schecter in Support of Reply in Support of Motion for Summary Judgment as to All Plaintiff's Claims **[FILED UNDER SEAL]** | 339 |
| Exhibit QQ to the Declaration of Daniel Scott Schecter in Support of Reply in Support of Motion for Summary Judgment as to All Plaintiff's Claims **[FILED UNDER SEAL]** | 340 |
| Exhibit SS to the Declaration of Daniel Scott Schecter in Support of Reply in Support of Motion for Summary Judgment as to All Plaintiff's Claims **[FILED UNDER SEAL]** | 341 |
| Evidentiary Objections re Plaintiff's Opposition to Motion for Summary Judgment as to All Plaintiff's Claims | 327 |
| Defendant Emirates Bank's Response to Plaintiff's Objections to Evidence of Prior Independent Development | 328 |
| Defendant Emirates Bank's Responses to Plaintiff's Evidentiary Objections re Walter, Sarkar, and Schecter Declarations and Exhibits Thereto | 329 |
| Responses to InfoSpan's Statement of Genuine Disputes of Material Fact and Additional Uncontroverted Facts | 330 |
| Exhibit A to Responses to InfoSpan's Statement of Genuine Disputes of Material Fact and Additional Uncontroverted Facts | 337 |
| Exhibit B to Responses to InfoSpan's Statement of Genuine Disputes of Material Fact and Additional Uncontroverted Facts | 338 |

Dated: April 16, 2014          Respectfully Submitted

LATHAM & WATKINS LLP
 Steven M. Bauer
 Daniel Scott Schecter
 David B. Hazlehurst
 Nima H. Mohebbi


By /s/ Daniel Scott Schecter
Attorneys for Defendant
Emirates NBD Bank PJS

Case 8:11-cv-01062-JVS-AN Document 343 Filed 04/16/15 Page 4 of 4 Page ID #:11146

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

INDEX OF FINAL DOCUMENTS RELATED TO EMIRATES BANKS' MOTION FOR SUMMARY JUDGMENT