LATHAM & WATKINS LLP
  Steven M. Bauer (SBN 135067)
    steven.bauer@lw.com
  Dean G. Dunlavey (SBN 115530)
    dean.dunlavey@lw.com
  Daniel Scott Schecter (SBN 171472)
    daniel.schecter@lw.com
  Nima H. Mohebbi (SBN 275453)
    nima.mohebbi@lw.com
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Defendant
Emirates NBD Bank PJSC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>EMIRATES NBD BANK PJSC,<br><br>            Defendant. | Case No. 8:11-CV-01062 JVS (ANx)<br><br>**DECLARATION OF DANIEL SCOTT SCHECTER IN SUPPORT OF EMIRATES NBD BANK PJSC'S MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS**<br><br>Action Filed:          July 15, 2011<br>Discovery Cutoff:   December 15, 2014<br>Pretrial Conference: May 11, 2015<br>Trial Date:              May 26, 2015<br><br>Pre-Trial Conference<br><br>Date:        October 26, 2015<br>Time:        11:00 a.m.<br>Location:   Ctrm. 10C |

I, Daniel Scott Schecter, declare and state as follows:

1.     I am an attorney with the law firm Latham & Watkins LLP, counsel of record for Defendant Emirates NBD Bank PJSC ("Emirates Bank"). I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of InfoSpan Inc.'s ("InfoSpan") Responses to Emirates Bank's Rule 30(b)(6) Topics Converted to Interrogatory Responses, dated November 17, 2014. Per an agreement of the parties, InfoSpan provided written responses to certain Federal Rule of Civil Procedure 30(b)(6) deposition topics, in lieu of testimony.

3.     Attached hereto as **Exhibit B** is a true and correct copy of a criminal complaint (with translation) filed in Dubai on May 13, 2009, Bates-labeled EM000062-63 and produced by Emirates Bank in this litigation. This document was marked as Exhibit 115 at the January 24, 2014 deposition of Abdulhakim Binherz.

4.     Attached hereto as **Exhibit C** is a true and correct copy of highlighted excerpts from the deposition of Larry Scudder (Senior Vice President of Operations at InfoSpan during the relevant period), taken on January 22, 2014, during the course of this litigation.

5.     Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff InfoSpan's Third Supplemental Responses and Objections to Defendant's Interrogatory No. 1, dated September 9, 2014.

6.     Attached hereto as **Exhibit E** is a true and correct copy of a letter from Larry Scudder to Pishu Ganglani dated July 1, 2008, Bates-labeled EM007356-59 and produced by Emirates Bank in this litigation. This document was marked as Exhibit 141 at the February 19, 2014 deposition of Abdullah Qassem in this litigation.

7. Attached hereto as **Exhibit F** is a true and correct copy of highlighted excerpts from the deposition of Umair Hussain (IT Manager for InfoSpan during the relevant period), taken on January 23, 2014, during the course of this litigation.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email from Michael Miller to Umair Hussain dated August 27, 2008, Bates-labeled INSPN00006737 and produced by InfoSpan in this litigation.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Expert Report of Manuel Orozco, PhD, dated December 20, 2013.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Reply Report of Manuel Orozco, PhD, dated December 29, 2014.

11. Attached hereto as **Exhibit J** is a true and correct copy of highlighted excerpts from the deposition of Manuel Orozco, PhD, taken on January 8, 2015, during the course of this litigation.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Expert Report of Ariel Pakes, PhD, dated December 20, 2013.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Reply Expert Report of Ariel Pakes, PhD, dated December 29, 2014

14. Attached hereto as **Exhibit M** is a true and correct copy of highlighted excerpts from the deposition of Ariel Pakes, PhD, taken on January 22, 2015, during the course of this litigation.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Stored Value Card Processing, Service and Marketing Agreement between InfoSpan (Gulf) Inc. and Emirates Bank dated May 20, 2007.

16. Attached hereto as **Exhibit O** is a true and correct copy of the Expert Report of Benjamin Goldberg, PhD, dated December 20, 2013.

17. Attached hereto as **Exhibit P** is a true and correct copy of the Reply Report of Benjamin Goldberg, PhD, dated December 29, 2014.

18. Attached hereto as **Exhibit Q** is a true and correct copy of highlighted

excerpts from the deposition of Benjamin Goldberg, PhD, taken on January 9, 2015, during the course of this litigation.

19. Attached hereto as **Exhibit R** is a true and correct copy of InfoSpan's Responses to Defendant Emirates Bank's Third Set of Interrogatories (Nos. 8-22), dated October 6, 2014.

20. Attached hereto as **Exhibit S** is a true and correct copy of the "Consolidated, Special Purpose Financial Statements" for SpanCash, Bates-labeled INSPN00009159-67 and produced by InfoSpan in this litigation.

21. Attached hereto as **Exhibit T** is a true and correct copy of highlighted excerpts from the deposition of Daniel Johnson (Senior Vice President of Marketing and Sales for InfoSpan), taken on November 20, 2014, during the course of this litigation.

22. Attached hereto as **Exhibit U** is a true and correct copy of highlighted excerpts from the deposition of Rizwan Uraizee (CFO of InfoSpan during the relevant period), taken on October 25, 2014, during the course of this litigation.

23. Attached hereto as **Exhibit V** is a true and correct copy of a PowerPoint presentation titled "SVC and M-Commerce Financial Service," Bates-labeled LS0003614-24 and produced by Larry Scudder in this litigation.

24. Attached hereto as **Exhibit W** is a true and correct copy of a PowerPoint presentation titled "What are we presenting to you and why?," Bates-labeled INSPN00002880-92 and produced by InfoSpan in this litigation.

25. Attached hereto as **Exhibit X** is a true and correct copy of the September 27, 2007 Addendum to the SVC Agreement, Bates-labeled EM006397-403 and produced by Emirates Bank in this litigation. This document was marked as Exhibit 31 at the January 21, 2014 deposition of Farooq Bajwa.

26. Attached hereto as **Exhibit Y** is a true and correct copy of a highlighted page from the website for the ZHS accounting firm (located at http://www.zhs.ca/services/advisory-services.php), accessed and printed on

January 28, 2015, by personnel in my office.

27. Attached hereto as **Exhibit Z** is a true and correct copy of InfoSpan's Initial Disclosures dated February 8, 2013.

28. Attached hereto as **Exhibit AA** is a true and correct copy of Emirates Bank's First Set of Interrogatories to Plaintiff InfoSpan (NOS. 1-4) dated February 15, 2013.

29. Attached hereto as **Exhibit BB** is a true and correct copy of InfoSpan's Second Supplemental Responses and Objections to Emirates Bank's First Set of Interrogatories dated February 17, 2014.

30. Attached hereto as **Exhibit CC** is a true and correct copy of a letter from Walid Azzam (attorney from Hadef & Partners and representing the Bank during the relevant period) to Larry Scudder dated May 4, 2009, Bates-labeled LS0042519-21 and produced by Larry Scudder in this litigation. This document was marked as Exhibit 40 at the January 22, 2014 deposition of Larry Scudder.

31. Attached hereto as **Exhibit DD** is a true and correct copy of highlighted excerpts from the deposition of Farooq Bajwa (Chairman and CEO of InfoSpan during the relevant period), taken on January 21, 2014, during the course of this litigation.

32. Attached hereto as **Exhibit EE** is a true and correct copy of Civil Minutes to Plaintiffs' Motion to Strike and Exclude Defendant Cosmetic Alchemy, LLC's Expert Witness Disclosure of David Steinberg re Validity dated February 28, 2013 in the case of <u>Allergan, Inc. v Athena Cosmetics.</u>

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed at Dubai, United Arab Emirates on September 28, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel Scott Schecter*
　　　　　　　　　　　　　　　　　　　　Daniel Scott Schecter