BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*admitted pro hac vice*)
wisaacson@bsfllp.com
David Boyd (*admitted pro hac vice*)
dboyd@bsfllp.com
Jonathan M. Shaw (*admitted pro hac vice*)
jshaw@bsfllp.com
5301 Wisconsin Ave., Suite 800
Washington, DC 20015
Telephone:  202-237-2727
Facsimile:   202-237-6131

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone:  310-752-2400
Facsimile:   310-752-2490

BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
Terry W. Bird (SBN 49038)
twb@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone:  310-201-2100
Facsimile:   310-201-2110

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| InfoSpan, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Emirates NBD Bank PJSC, <br><br> Defendant. | Case No. 8:11-CV-01062 JVS (ANx) <br><br> **DECLARATION OF DAVID ZIFKIN ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DAUBERT MOTIONS (NOS. 1-3), MOTIONS IN LIMINE (NOS. 1-4), AND RULE 37 MOTION** <br><br> Date:  October 26, 2015 <br> Time: 11:00 am <br> Courtroom: 10C |

DECLARATION OF DAVID ZIFKIN

I, David L. Zifkin, declare as follows:

1.  I am a partner with the law firm of Boies, Schiller & Flexner LLP, counsel to Plaintiff InfoSpan, Inc. ("Plaintiff" or "InfoSpan") in this action. I make this declaration in support of InfoSpan's Oppositions to Defendant Emirates NBD Bank PJSC ("Defendant" or "the Bank") *Daubert* Motions Nos. 1-3, Motions *in Limine* Nos. 1-4, and Rule 37 Motion. I have personal knowledge of the facts set forth herein, or am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the initial report of Dr. Ariel Pakes, served on December 20, 2013.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the reply report of Dr. Ariel Pakes, served on December 29, 2014.

4.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Ariel Pakes, which occurred on January 22, 2015.

5.  Attached hereto as Exhibit 4 is a true and correct copy of the initial report of Dr. Benjamin Goldberg, served on December 20, 2013.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the reply report of Dr. Benjamin Goldberg, served on December 29, 2014.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Dr. Benjamin Goldberg, which occurred on January 9, 2015.

8.  Attached hereto as Exhibit 7 is a true and correct copy of the initial report of Dr. Manuel Orozco, served on December 20, 2013.

9.  Attached hereto as Exhibit 8 is a true and correct copy of the reply report of Dr. Manuel Orozco, served on December 29, 2014.

10.  Attached hereto as Exhibit 9 is a true and correct copy of the rebuttal report of Jeffrey Kinrich, served on February 27, 2014.

11.  Attached hereto as Exhibit 10 is a true and correct copy of excerpts of

the transcript from the individual and 30(b)(6) deposition of Christin Solomon Walter, which occurred on December 11, 2014.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts of the transcript from the individual and 30(b)(6) deposition of Dan Johnson, which occurred on November 20, 2014.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of excerpts of the transcript from the deposition of Farooq Bajwa, which occurred on January 21, 2014.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of excerpts of the transcript from the deposition of Laurence Scudder, which occurred on January 22, 2014.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of excerpts of the transcript from the deposition of Umair Hussain, which occurred on January 23, 2014.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of excerpts of the transcript from the deposition of Abdulhakim Binherz, which occurred on January 24, 2014.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of excerpts of the transcript from the deposition of Suvo Sarkar, which occurred on December 09, 2014.

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of InfoSpan's Initial Disclosures.

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Emirates Bank's 30(b)(6) Deposition Notice to InfoSpan, served on October 27, 2014.

20. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of InfoSpan's Third Supplemental Responses and Objections to Emirates Bank's Interrogatory No. 1, which includes InfoSpan's Original response and First and Second Supplemental Responses, as well.

21. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of InfoSpan's Responses and Objections to Emirates Bank's Third Set of Interrogatories (including the Response to Interrogatory No. 11).

22. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of InfoSpan's First Supplemental Responses and Objections to Emirates Bank's Third Set of Interrogatories (including the First Supplemental Response to Interrogatory No. 15).

23. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of InfoSpan's Responses to Emirates Bank's Interrogatories That Were Converted 30(b)(6) Deposition Topics.

24. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of a document that InfoSpan produced in this litigation that begins with Bates number INSPN00000198.

25. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of certain source code that InfoSpan produced in this case bearing Bates numbers INSPN-SC_000026-32.

26. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of certain source code that InfoSpan produced in this case bearing Bates numbers INSPN-SC_000060-62.

27. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of certain source code that InfoSpan produced in this case bearing Bates numbers INSPN-SC_000074-78.

28. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of certain source code that InfoSpan produced in this case bearing Bates numbers INSPN-SC_000243-246.

29. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of certain source code that InfoSpan produced in this case bearing Bates numbers INSPN-SC_000260-261.

30. Attached hereto as <u>Exhibit 29</u> is a true and correct copy of certain

1  source code that Emirates Bank produced in this case bearing Bates numbers
2  EMSRC000138-139.

3      31.    Attached hereto as <u>Exhibit 30</u> is a true and correct copy of certain
4  source code that Emirates Bank produced in this case bearing Bates numbers
5  EMSRC000140-143.

6      32.    Attached hereto as <u>Exhibit 31</u> is a true and correct copy of certain
7  source code that Emirates Bank produced in this case bearing Bates numbers
8  EMSRC000150 -151.

9      33.    Attached hereto as <u>Exhibit 32</u> is a true and correct copy of certain
10 source code that Emirates Bank produced in this case bearing Bates numbers
11 EMSRC000155-157.

12     34.    Attached hereto as <u>Exhibit 33</u> is a true and correct copy of certain
13 source code that Emirates Bank produced in this case bearing Bates numbers
14 EMSRC000159-165.

15     35.    Attached hereto as <u>Exhibit 34</u> is a true and correct copy of certain
16 source code that Emirates Bank produced in this case bearing Bates numbers
17 EMSRC000170-172.

18     36.    Attached hereto as <u>Exhibit 35</u> is a true and correct copy of certain
19 source code that Emirates Bank produced in this case bearing Bates numbers
20 EMSRC000177.

21     37.    Attached hereto as <u>Exhibit 36</u> is a true and correct copy of certain
22 source code that Emirates Bank produced in this case bearing Bates numbers
23 EMSRC000179-191.

24     38.    Attached hereto as <u>Exhibit 37</u> is a true and correct copy of a document
25 that Emirates Bank produced in this litigation that begins with Bates number
26 EM009821.

27     39.    Attached hereto as <u>Exhibit 38</u> is a true and correct copy of a document
28 that InfoSpan produced in this litigation that begins with Bates number LS0043486.

40. Attached hereto as <u>Exhibit 39</u> is a true and correct copy of a document that InfoSpan produced in this litigation that begins with Bates number LS0043503.

41. Attached hereto as <u>Exhibit 40</u> is a true and correct copy of a document that InfoSpan produced in this litigation that begins with Bates number INSPN00011461.

42. Attached hereto as <u>Exhibit 41</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number EM005287.

43. Attached hereto as <u>Exhibit 42</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number EM004591.

44. Attached hereto as <u>Exhibit 43</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number EM004660.

45. Attached hereto as <u>Exhibit 44</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number EM000973.

46. Attached hereto as <u>Exhibit 45</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number EM005016.

47. Attached hereto as <u>Exhibit 46</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number EM005755.

48. Attached hereto as <u>Exhibit 47</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number EM002639.

49. Attached hereto as <u>Exhibit 48</u> is a true and correct copy of a document that Emirates Bank produced in this litigation that begins with Bates number

EM006041.

50.     Attached hereto as <u>Exhibit 49</u> is a true and correct copy of a document produced by Emirates Bank in this litigation that begins with Bates number EM009082.

51.     Attached hereto as <u>Exhibit 50</u> is a true and correct copy of the SVC Agreement that was produced in this litigation and begins with Bates number starting EM006405.

52.     I went to the website for Merriam-Webster's Dictionary, looked up the definition of "supplement" and printed out a copy on October 5, 2015.  Attached hereto as <u>Exhibit 51</u> is a true and correct copy of that printout.

53.     I went to the website for the Oxford English Dictionary, looked up the definition of "supplement" and printed out a copy on September 30, 2015.  Attached hereto as <u>Exhibit 52</u> is a true and correct copy of that printout.

54.     Attached hereto as <u>Exhibit 53</u> is a true and correct copy of an email exchange between counsel for InfoSpan and counsel for Emirates Bank during the period September 17, 2015 to September 22, 2015.

55.     Attached hereto as <u>Exhibit 54</u> is a true and correct copy of a letter, dated July 21, 2014, from Emirates Bank's counsel to InfoSpan's counsel.

56.     Attached hereto as <u>Exhibit 55</u> is a true and correct copy of an email exchange between counsel for InfoSpan and counsel for Emirates Bank during the period September 17, 2015 to September 28, 2015.

57.     Attached hereto as <u>Exhibit 56</u> is a true and correct copy of a declaration signed by Plaintiff's expert Manuel Orozco, Ph.D, dated October 5, 2015.

 I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 5th day of October, in Santa Monica, CA.

                                               /s/ David L. Zifkin
                                               David L. Zifkin