LATHAM & WATKINS LLP
   Steven M. Bauer (SBN 135067)
    *steven.bauer@lw.com*
   Dean G. Dunlavey (SBN 115530)
    *dean.dunlavey@lw.com*
   Daniel Scott Schecter (SBN 171472)
    *daniel.schecter@lw.com*
   Nima H. Mohebbi (SBN 275453)
    *nima.mohebbi@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant
Emirates NBD Bank PJSC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EMIRATES NBD BANK PJSC,<br><br>    Defendant. | Case No. 8:11-CV-01062 JVS (ANx)<br><br>**DECLARATION OF DANIEL SCOTT SCHECTER IN SUPPORT OF EMIRATES NBD BANK PJSC'S REPLIES IN SUPPORT OF MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS**<br><br>Action Filed:    July 15, 2011<br>Discovery Cutoff:    December 15, 2014<br>Pretrial Conference: TBD<br>Trial Date:    TBD<br><br><u>Pre-Trial Conference</u><br><br>Date:    TBD<br>Time:    TBD<br>Location:    Ctrm. 10C |

I, Daniel Scott Schecter, declare and state as follows:

1. I am an attorney with the law firm Latham & Watkins LLP, counsel of record for Defendant Emirates NBD Bank PJSC ("Emirates Bank"). I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit ZZ** is a true and correct copy of a redline comparison between InfoSpan's Complaint (Dkt. 1) and InfoSpan's First Amended Complaint (Dkt. 232).

3. Attached hereto as **Exhibit AAA** is a true and correct copy of redline comparisons between InfoSpan's Response to Emirates Bank's First Set of Interrogatories, InfoSpan's First Supplemental Response to Emirates Bank's First Set of Interrogatories, InfoSpan's Second Supplemental Response to Emirates Bank's First Set of Interrogatories, and InfoSpan's Third Supplemental Response to Emirates Bank's Interrogatory No. 1.

4. Attached hereto as **Exhibit BBB** true and correct copy of highlighted excerpts from the deposition of Larry Scudder (Senior Vice President of Operations at InfoSpan during the relevant period), taken on January 22, 2014, during the course of this litigation.

5. Attached hereto as **Exhibit CCC** is a true and correct copy of an email from Larry Scudder to Pishu Ganglani dated July 27, 2007 and attaching correspondence, Bates-labeled LS0026243-47 and produced by Larry Scudder in this litigation. This document was marked as Exhibit 55 at the January 22, 2014 deposition of Larry Scudder.

6. Attached hereto as **Exhibit DDD** is a is a true and correct copy of highlighted excerpts from the deposition of Ariel Pakes, PhD, taken on January 22, 2015, during the course of this litigation.

1      7.    Attached hereto as **Exhibit EEE** is a true and correct copy of highlighted excerpts from the deposition of Benjamin Goldberg, PhD, taken on January 9, 2015, during the course of this litigation.

8.    Attached hereto as **Exhibit FFF** is a true and correct copy of an October 6, 2015 email from Eileen Longo of Latham & Watkins LLP to Bill Isaacson of Boies, Schiller & Flexner LLP, attaching correspondence from Daniel Schecter of Latham & Watkins LLP.

9.    Attached hereto as **Exhibit GGG** is a true and correct copy of an October 13, 2015 email chain between David Zifkin of Boies, Schiller & Flexner LLP and Daniel Schecter of Latham & Watkins LLP.

10.    Attached hereto as **Exhibit HHH** is a true and correct copy of highlighted excerpts from the deposition of Manuel Orozco, PhD, taken on January 8, 2015, during the course of this litigation.

11.    Attached as **Exhibit III** is a true and correct copy of highlighted excerpts from the deposition of Farooq Bajwa (Chairman and CEO of InfoSpan during the relevant period), taken on January 21, 2014, during the course of this litigation.

12.    Attached hereto as **Exhibit JJJ** is a true and correct copy of the Rebuttal Expert Report of Jeffrey Kinrich, dated February 27, 2014.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California on October 19, 2015.

                      /s/ *Daniel Scott Schecter*
                      Daniel Scott Schecter