1  LATHAM & WATKINS LLP
    Steven M. Bauer (SBN 135067)
2     *steven.bauer@lw.com*
   Dean G. Dunlavey (SBN 115530)
3     *dean.dunlavey@lw.com*
   Daniel Scott Schecter (SBN 171472)
4     *daniel.schecter@lw.com*
   Nima H. Mohebbi (SBN 275453)
5     *nima.mohebbi@lw.com*
   355 South Grand Avenue
6  Los Angeles, California  90071-1560
   Telephone: (213) 485-1234
7  Facsimile:  (213) 891-8763

8  Attorneys for Defendant
   Emirates NBD Bank PJSC
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                   **SOUTHERN DIVISION**

13  INFOSPAN, INC.,                    | Case No. 8:11-CV-01062 JVS (ANx)
14              Plaintiff,             | Hon. James V. Selna
15        v.                           |
16  EMIRATES NBD BANK PJSC,            | **DECLARATION OF DANIEL SCOTT SCHECTER IN SUPPORT OF *EX PARTE* APPLICATION TO PROVIDE FURTHER UPDATE TO THE COURT REGARDING VISUAL SOURCE SAFE FILES**
17              Defendant.

I, Daniel Scott Schecter, declare and state as follows:

1. I am a partner at the law firm Latham & Watkins LLP, counsel of record for Defendant Emirates NBD Bank PJSC ("Emirates Bank" or the "Bank"). I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. On April 7, 2016, I wrote a letter to counsel for InfoSpan, Inc. ("InfoSpan") confirming delivery of a summary of the relevant contents of the server which had been located (the "VSS Server"). The letter also requested an opportunity to confer with InfoSpan's counsel at their earliest convenience about logistics for InfoSpan's review of the meMobile-related files on the VSS Server (the "meMobile Files"), and to arrange for prompt inspection by InfoSpan's expert(s) in compliance with the Court's tentative ruling. A true and correct copy of this letter is attached hereto as **Exhibit A**.

3. InfoSpan did not respond to the April 7 letter.

4. On April 12, 2016, I again wrote to InfoSpan's counsel and informed counsel that the meMobile Files from the VSS server were available for inspection by InfoSpan's expert(s) in accordance with the protocol for source code review established by the parties' Stipulated Order Governing The Designation And Handling Of Confidential Materials (Dkt. 128). In that same letter, I also followed up on a March 31, 2016, email my colleague had sent regarding scheduling the source code production referenced in the Court's March 11th tentative ruling. A true and correct copy of this letter is attached hereto as **Exhibit B**.

5. On April 18, 2016, InfoSpan counsel responded by email to the Bank's April 12 letter and Emirates Bank's efforts to arrange an inspection of the VSS server contents. On April 19, 2016, I responded by email to InfoSpan's April 18 email. In my email, Emirates Bank gave notice of this *Ex Parte* Application, and once again requested an opportunity to discuss arrangements for an inspection

of the meMobile Files by InfoSpan's expert(s).  I also informed InfoSpan's counsel that a report would be produced today reflecting the meMobile-related files on the VSS server, and encouraging counsel to confer with me regarding the inspection of the VSS server and the source code production referenced in the Court's March 11th tentative ruling.  A true and correct copy of this email chain is attached hereto as **Exhibit C.**

6. On April 19, 2016, counsel for InfoSpan stated: "An ex parte application with argument is not necessary to provide the Court with that simple and straightforward update.  Such an ex parte application would also ignore the Court's indication that it would determine how to proceed after the Bank completed the disclosure that is partially set forth in its April 4 filing. "

7. A telephonic conference of counsel to discuss issues regarding the VSS server and source code production referenced in the Court's March 11th tentative ruling is scheduled for April 20, 2016 at 10:00 a.m.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California on April 19, 2016.

/s/  *Daniel Scott Schecter*
Daniel Scott Schecter