BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (admitted pro hac vice)
wisaacson@bsfllp.com
David Boyd (admitted pro hac vice)
dboyd@bsfllp.com
Jonathan Shaw (admitted pro hac vice)
jshaw@bsfllp.com
J. Wells Harrell (admitted pro hac vice)
wharrell@bsfllp.com
5301 Wisconsin Ave.
Washington, DC 20015
Telephone:   202-237-2727
Facsimile:   202-237-6131

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
Nandan R. Padmanabhan (SBN 280309)
npadmanabhan@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone:   310-752-2400
Facsimile:   310-752-2490

BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
Terry W. Bird (SBN 49038)
twb@birdmarella.com
Naeun Rim (SBN 263558)
nrim@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone:   310-201-2100
Facsimile:   310-201-2110

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| InfoSpan, Inc., | Case No.  8:11-cv-01062 JVS (ANx) |
| Plaintiff, | **DECLARATION OF DAVID ZIFKIN IN SUPPORT OF PLAINTIFF INFOSPAN, INC.'S L.R. 16-10(c) TRIAL BRIEF** |
| v. | |
| Emirates NBD Bank PJSC, | |
| Defendant. | Complaint Filed: July 15, 2011 Trial Date:  July 26, 2016 Courtroom: 10C Hon. Judge James V. Selna |

DECLARATION OF DAVID  ZIFKIN

I, David L. Zifkin, declare as follows:

1.      I am a partner with the law firm of Boies, Schiller & Flexner LLP ("BSF"), counsel to Plaintiff InfoSpan, Inc. ("InfoSpan") in this action.  I make this declaration in support of InfoSpan's L.R. 16-10(c) Trial Brief.  I have personal knowledge of the facts set forth herein, or am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      Attached as Exhibit 1 is a true and correct copy of Defendant Emirates NBD Bank PJSC's Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a), served on February 8, 2013.

3.      Attached as Exhibit 2 is a true and correct copy of Trial Exhibit 2255, Declaration of Farooq Bajwa in Opposition to Motion to Quash and Vacate Default Judgment, filed April 29, 2015.

4.      Attached as Exhibit 3 is a true and correct copy of Trial Exhibit 2242, the Request for Judicial Notice in Support of *Ex Parte* Application for Entry of Default Judgment, filed May 19, 2014.

5.      Attached as Exhibit 4 is a true and correct copy of Trial Exhibit 26, a facsimile and letter from David J. Perry to Rosa Asensio, dated March 20, 2007.

6.      Attached as Exhibit 5 is a true and correct copy of Trial Exhibit 27, a letter from Victor T. Fu to David J. Perry, dated March 20, 2007.

7.      Attached as Exhibit 6 is a true and correct copy of Trial Exhibit 2119, a memorandum from Kirkpatrick & Lockhart Preston Gates LLP to the Board of Directors of No Borders, Inc., dated March 11, 2008.

8.      Attached as Exhibit 7 is a true and correct of excerpts from the deposition transcript of Farooq Bajwa, dated January 21, 2014.

9.      Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Laurence Scudder, dated January 22, 2014.

I declare under penalty of perjury under the laws of the United States and the

1                          DECLARATION OF DAVID ZIFKIN

State of California that the foregoing is true and correct.

Executed this 19th Day of July, 2016, in Santa Monica, CA.

<u>  /s/ David L. Zifkin      </u>
David L. Zifkin

2                                    DECLARATION OF DAVID ZIFKIN