LATHAM & WATKINS LLP
  Dean G. Dunlavey (SBN 115530)
    *dean.dunlavey@lw.com*
  Daniel Scott Schecter (SBN 171472)
    *daniel.schecter@lw.com*
  Nima H. Mohebbi (SBN 275453)
    *nima.mohebbi@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  Kathryn H. Ruemmler (*pro hac vice*)
    *kathryn.ruemmler@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Defendant
Emirates NBD Bank PJSC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMIRATES NBD BANK PJSC, <br><br> Defendant. | Case No. 8:11-CV-01062 JVS (ANx) <br><br> Hon. James V. Selna <br><br> **DECLARATION OF NIMA H. MOHEBBI IN SUPPORT OF EMIRATES NBD BANK PJSC'S MOTION TO ADMIT TRIAL EXHIBIT 2255 AND RELATED TESTIMONY** |

I, Nima H. Mohebbi, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California, and associate at Latham & Watkins LLP, counsel of record for Defendant Emirates NBD Bank PJSC. I have personal knowledge of the matters recited herein, and if called upon to testify, I could and would competently testify thereto. I make this Declaration in support of Emirates NBD Bank PJSC's Motion to Admit Trial Exhibit 2255 and Related Testimony.

2. Attached hereto as **Exhibit A** is a true and correct copy of InfoSpan, Inc.'s responses to Defendant Emirates NBD Bank PJSC's Third Set of Requests for Production of Documents to Plaintiff InfoSpan, Inc. (Nos. 46-91), dated August 29, 2014.

3. Attached hereto as **Exhibit B** is a true and correct copy of an August 12, 2015 letter from Steven Bauer to William Isaacson.

4. Attached hereto as **Exhibit C** is a true and correct copy of an August 13, 2015 letter from David L. Zifkin to Steven Bauer.

5. I assisted in the preparation of Emirates Bank's initial exhibit list. That exhibit list contained the documents InfoSpan now challenges. The Bank's initial exhibit list was served on InfoSpan via email on September 18, 2015. Attached as **Exhibit D** is a true and correct copy of that cover email.

6. Attached hereto as **Exhibit E** is a true and correct copy of Trial Exhibit 2212.

//
//
//
//
//
//
//

    7.    Attached hereto as **Exhibit F** is a true and correct copy of Trial Exhibit 2255.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at Santa Ana, California on this 5th day of August, 2016.

                      */s/ Nima H. Mohebbi*_____
                      Nima H. Mohebbi