LATHAM & WATKINS LLP
  Dean G. Dunlavey (SBN 115530)
    *dean.dunlavey@lw.com*
  Daniel Scott Schecter (SBN 171472)
    *daniel.schecter@lw.com*
  Nima H. Mohebbi (SBN 275453)
    *nima.mohebbi@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  Kathryn H. Ruemmler (*pro hac vice*)
    *kathryn.ruemmler@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Defendant
Emirates NBD Bank PJSC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC., | Case No. 8:11-CV-01062 JVS (ANx) |
| Plaintiff, | Hon. James V. Selna |
| v. | **DECLARATION OF NIMA H. MOHEBBI  IN SUPPORT OF EMIRATES NBD BANK PJSC'S MOTION PRECLUDE IMPROPER REBUTTAL EVIDENCE** |
| EMIRATES NBD BANK PJSC, | |
| Defendant. | |

I, Nima H. Mohebbi, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California, and associate at Latham & Watkins LLP, counsel of record for Defendant Emirates NBD Bank PJSC. I have personal knowledge of the matters recited herein, and if called upon to testify, I could and would competently testify thereto. I make this Declaration in support of Emirates NBD Bank PJSC's Motion Preclude Improper Rebuttal Evidence.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email from Jonathan Shaw to Daniel Schecter, et al., dated August 8, 2016.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff InfoSpan's proposed designated testimony of Charles Lobo.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at Costa Mesa, California on this 8th day of August, 2016.

*/s/ Nima H. Mohebbi*
Nima H. Mohebbi