LATHAM & WATKINS LLP
  Dean G. Dunlavey (SBN 115530)
    *dean.dunlavey@lw.com*
  Daniel Scott Schecter (SBN 171472)
    *daniel.schecter@lw.com*
  Nima H. Mohebbi (SBN 275453)
    *nima.mohebbi@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

LATHAM & WATKINS LLP
  Kathryn H. Ruemmler (*pro hac vice*)
    *kathryn.ruemmler@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

Attorneys for Defendant
Emirates NBD Bank PJSC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EMIRATES NBD BANK PJSC,<br><br>    Defendant. | Case No. 8:11-CV-01062 JVS (ANx)<br><br>**FINAL ORDER AND JUDGMENT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF LODGING

1   On this 1st day of December, 2016, it is HEREBY ADJUDGED AND
2   DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58 AS
3   FOLLOWS:
4   In accordance with the jury verdict entered on August 11, 2016 (Dkt. 663)
5   and this Court's November 22, 2016 Order (Dkt. 698), the Court hereby enters
6   judgment in Defendant Emirates NBD Bank PJSC's favor on all of Plaintiff
7   InfoSpan, Inc.'s Causes of Action, and Plaintiff shall take nothing by way of its
8   First Amended Complaint.
9
10  IT IS SO ORDERED.
11
12  Dated: December 01, 2016
    _____
13  Hon. James V. Selna
    United States District Judge