LATHAM & WATKINS LLP
  Dean G. Dunlavey (SBN 115530)
    *dean.dunlavey@lw.com*
  Daniel Scott Schecter (SBN 171472)
    *daniel.schecter@lw.com*
  Nima H. Mohebbi (SBN 275453)
    *nima.mohebbi@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  Kathryn H. Ruemmler (*pro hac vice*)
    *kathryn.ruemmler@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Defendant
Emirates NBD Bank PJSC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSPAN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EMIRATES NBD BANK PJSC,<br><br>    Defendant. | Case No. 8:11-CV-01062 JVS (ANx)<br><br>**EMIRATES NBD BANK PJSC'S NOTICE OF CROSS APPEAL AND CONDITIONAL CROSS APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

1  Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(3), notice is hereby given that defendant Emirates NBD Bank PJSC ("Emirates Bank" or "the Bank") cross appeals and conditionally cross appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court for the Central District of California entered in this case on December 1, 2016, a copy of which is appended hereto as Exhibit A.  Plaintiff InfoSpan, Inc. ("InfoSpan") filed its Notice of Appeal on December 30, 2016, and this Notice of Cross Appeal and Conditional Cross Appeal is timely pursuant to Federal Rule of Appellate Procedure 4(a)(3).  The Bank cross appeals the following district court order:  Dkt. 698, appended hereto as Exhibit B.  The Bank further conditionally cross appeals from the following district court orders, which would aggrieve the Bank if, but only if, the final judgment of the district court were to be set aside on appeal:  Dkts. 96, 116, 172, 257, and 275.  Copies of these foregoing Orders are appended hereto as Exhibits C, D, E, F, and G, respectively.

A Representation Statement identifying all parties to the action, along with the names, addresses and telephone numbers of their respective counsel, is attached hereto in accordance with Ninth Circuit Rules 3-2(b) and 12-2.

Dated:  January 10, 2017

LATHAM & WATKINS LLP
   Kathryn H. Ruemmler
   Dean G. Dunlavey
   Daniel Scott Schecter
   Nima H. Mohebbi

By */s/ Daniel Scott Schecter*
   Daniel Scott Schecter
Attorneys for Defendant
Emirates NBD Bank PJSC

## Representation Statement

Pursuant to Circuit Rule 3-2(b), Emirates Bank hereby submits the following Representation Statement, identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

### Plaintiff – Appellant InfoSpan, Inc.

| | |
|---|---|
| William A. Isaacson<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave., Suite 800<br>Washington, DC 20015<br>Telephone: 202-237-2727<br>Facsimile: 202-237-6131<br>Email: wisaacson@bsfllp.com | David L. Zifkin<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>Telephone: 310-752-2400<br>Facsimile: 310-752-2490<br>Email: dzifkin@bsfllp.com |

### Defendant – Appellee and Cross-Appellant Emirates Bank

| | |
|---|---|
| Dean G. Dunlavey<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone:  (714) 540-1235<br>Facsimile:   (714) 755-8290<br>Email: dean.dunlavey@lw.com | Daniel Scott Schecter<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: daniel.schecter@lw.com |
| Nima H. Mohebbi<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: nima.mohebbi@lw.com | Kathryn H. Ruemmler<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 2004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: kathryn.ruemmler@lw.com |

Dated:  January 10, 2017

LATHAM & WATKINS LLP
  Kathryn H. Ruemmler
  Dean G. Dunlavey
  Daniel Scott Schecter
  Nima H. Mohebbi

By */s/ Daniel Scott Schecter*
  Daniel Scott Schecter
Attorneys for Defendant
Emirates NBD Bank PJSC